```
 1  Eugene T. Franklin [SBN: 124881]
    Franklin Employment Law Group
 2  Attorneys at Law
    22762 Main Street
 3  Hayward, California 94541
    (510) 538-0969
 4
    Attorneys for Plaintiff
 5  Jalani Sanders
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Jalani Sanders, | ) | Case No.: CV 06-02551 SBA |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| v. | ) ) | Honorable Saundra B. Armstrong |
| Covenant Aviation Security, LLC and DOES 1-50, inclusive, | ) ) ) ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the Parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), because the case has settled. In addition all settlement matters have been concluded.

It is further stipulated that a Magistrate Judge may retain jurisdiction.

Dated: March 20, 2007          FRANKLIN EMPLOYMENT LAW GROUP

                                       /s/
                               By: _____
                                   EUGENE T. FRANKLIN
                                   Attorney for Plaintiff
                                   Jalani Sanders

Dated: March 20, 2007          LITTLER MENDELSON

                                       /s/
                               By: _____
                                   Joseph A. Schwachter
                                   Attorney For Defendant
                                   Covenant Aviation Security, LLC

-1-
**STIPULATION OF DISMISSAL AND ORDER THEREON**
Case No. C06-02551 SBA

1
2  IT IS SO ORDERED.
3  Dated: 10/3/07
4  *Saundra B. Armstrong*
   Saundra B. Armstrong
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
**STIPULATION OF DISMISSAL AND ORDER THEREON**
Case No. C06-02551 SBA